IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INDEED, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-CV-356-RP |
| ASIF KHAN and TOO APREE, LLC., | § § § | |
| Defendants. | § § | |

### ORDER

Plaintiff Indeed, Inc. ("Indeed") filed a Motion for Default Judgment against Defendant Asif Khan ("Khan"), (Dkt. 22). The undersigned adopted the Report and Recommendation of the United States Magistrate Judge, (Dkt. 26), and granted Indeed's motion. The Court now enters this default judgment against Khan and orders relief as follows.

**IT IS ORDERED** that Indeed is awarded damages in the amount of $7,042.24.

**IT IS FURTHER ORDERED** that Indeed is awarded a declaratory judgment that (1) Khan has violated Indeed's terms of service; (2) Indeed has lawfully suspended Khan's access or use of Indeed's computer systems (including, without limitation, the Indeed Hiring Platform and the VIP content); and (3) Khan has no right or authority to access or use Indeed's computer systems (including, without limitation, the Indeed Hiring Platform, the VIP, and any other Indeed Hiring Event).

**IT IS FURTHER ORDERED** that Khan, his agents, representatives, employees, and attorneys, and all other individuals or entities acting in concert with, or by or through it, shall immediately and permanently cease and refrain from: (1) accessing or using Indeed's computer systems or applications to sign up for Indeed's "Hiring Events" or interviews using Indeed's "Virtual Interview Platform"; (2) conducting interviews using Indeed's "Virtual Interview Platform";

2

(3) providing any false or fictitious information to Indeed (including without limitation user names, email addresses or phone numbers); and (4) posting online or on any social media accounts any additional audio or video content or recordings of interviews Khan conducted using Indeed's computer systems or applications, including Indeed's "Virtual Interview Platform."

**IT IS FINALLY ORDERED** that Indeed is awarded attorney's fees in the amount of $5,881.00 and costs in the amount of $410.00.

All other relief is **DENIED**.

**SIGNED** on March 2, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE