IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INDEED, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:21-CV-356-RP |
| ASIF KHAN and TOO APREE, LLC., | § § § | |
| Defendants. | § § | |

**ORDER**

The Clerk of Court entered default as to Defendant Too Apree, LLC, on June 11, 2021. (Dkt. 16). On March 2, 2022, the Court entered a default judgment against Defendant Asif Khan only, terminating him as a party in this action. (Dkt. 30). More than one year has passed since Plaintiff has taken any action to advance this litigation with respect to Defendant Too Apree, LLC. No proposed scheduling order has been filed. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties to submit a joint proposed scheduling order within 60 days of a defendant's appearance).

Accordingly, Plaintiff is **ORDERED** either to (1) show cause, in writing, as to why this action should not be dismissed for want of prosecution or (2) file a stipulation of dismissal **on or before September 12, 2022.**

**SIGNED** on August 24, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1